

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-12-00808-CV

**G.G. MEDICAL, INC.,**
Appellant

v.

Shawn **ROSENBAUM**, Individually and as Heir At Law of Diane Rosenbaum and as Guardian and Next Friend of Thomas Rosenbaum, a Minor, and Thomas Rosenbaum, Individually and as Heir At Law of Diane Rosenbaum,
Appellees

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2009-CI-01757
Honorable John D. Gabriel, Jr., Judge Presiding

PER CURIAM

Sitting:     Catherine Stone, Chief Justice
             Patricia O. Alvarez, Justice
             Luz Elena D. Chapa, Justice

Delivered and Filed:  July 31, 2013

REVERSED AND REMANDED

On June 19, 2013, this appeal was abated to allow the parties to finalize a settlement.  On July 18, 2013, the parties filed a joint motion, stating that they have fully resolved and settled all issues in dispute.  The parties request that the cause be remanded for the entry of a judgment in conformity with their settlement agreement.

This appeal is reinstated on the docket of this court, and the parties' motion is granted.  The judgment of the trial court is reversed without regard to the merits, and the cause is remanded for

the entry of a judgment in conformity with the settlement agreement. *See* TEX. R. APP. P. 42.1(a)(2)(B). Costs of appeal are taxed against the parties who have incurred them.

PER CURIAM